IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BARBARA A. PANELL
Plaintiff

v.

FIRST CASH FINANCIAL SERVICES,
INC.
Defendant

MAY 1 2 2004

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

CASE NO. 4:04CV-0214A

## STIPULATION AND FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a) (1). The parties expressly agree that plaintiff shall not be precluded by this stipulation from pursuing her claims in accordance with defendant's Dispute Resolution Rules and Procedures, nor from seeking to enforce an award, if any, issued by an arbitrator pursuant to the Dispute Resolution Rules and Procedures.

Signed this 12th day of May, 2004

_____
UNITED STATES DISTRICT JUDGE

*/s/ C. Christia Cooke Hudnell*
_____
C. Christia Cooke Hudnell
State Bar No.
15851 Dallas Parkway, Suite 600
Addison, Texas 75001
(214) 561-8675 Telephone
(214) 561-8675 Telecopier

ATTORNEY FOR PLAINTIFF,
BARBARA A. PANNELL


*/s/ Michael P. Maslanka*
_____
Michael P. Maslanka
State Bar No. 13148800
Theresa M. Gegen
State Bar No. 00793791

Godwin Gruber, LLP
1201 Elm Street, Suite 1700
Dallas, Texas 75270
(214) 939-4400 Telephone
(214) 760-7332 Telecopier

ATTORNEYS FOR DEFENDANT,
FIRST CASH FINANCIAL SERVICES, INC

OF COUNSEL:

Patrick E. Gaas, Esq.
State Bar No. 07562790
Coats Rose Yale Ryman & Lee, P.C.
3 Greenway, Suite 2000
Houston, Texas 77046
(713) 651-0111 Direct Line
(713) 890-3922 Direct Fax